IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>BLACKBOARD, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 21-627 (MN)<br>)<br>)<br>)<br>)<br>) |

## SHOW CAUSE ORDER

At Wilmington, this 7th day of December 2021:

WHEREAS, on April 30, 2021, Plaintiff commenced this action by filing a Complaint against Defendant Blackboard, Inc. (D.I. 1);

WHEREAS, on May 17, 2021, Plaintiff filed a Summons Returned Executed showing that Defendant was served with the Summons and Complaint on May 13, 2021 (D.I. 7);

WHEREAS, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's responsive pleading to the Complaint was due within twenty-one (21) days after being served with the Summons and Complaint, in this case, on or before June 3, 2021;

WHEREAS, on June 3, 2021, the parties filed a stipulation extending the time for Defendant to move, answer, or otherwise respond to the Complaint to July 6, 2021 (D.I. 8); and

WHEREAS, more than three months have passed since Plaintiff has taken any action in this case, with the last action being taken by Plaintiff the signing of the stipulation to extend time filed on June 3, 2021 (D.I. 8).[1]

---

[1] In addition, more than three months have passed since Defendant's responsive pleading was due (July 6, 2021 + 3 months = October 6, 2021).

THEREFORE, IT IS HEREBY ORDERED that on or before December 14, 2021, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute pursuant to Rule 41.1 of Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge
